# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Homeland Insurance Company of New York,

Plaintiff(s),

v.

McDonald's Corporation et al,

Defendant(s).

Case No. 1:21-cv-05076
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $       ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s) and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: McDonald's Corporation's and McDonald's USA, LLC's motion to dismiss and Clark Management, LLC, Jann Restaurant, Inc. and MMJ Enterprises, Inc.'s motion to dismiss are granted.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge       on a motion

Date:  5/5/2022

Thomas G. Bruton, Clerk of Court

E. Wall, Deputy Clerk